# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

        **vs.**        **Case No.: 13CR00363-06 (DRD)**

**RAUL ALEMANY-MINGUELA**

## SUPPLEMENT TO MOTION FILED IN DOCKET 935

**U.S. PROBATION OFFICER ABNEL ALBALADEJO informs the Court that on February 22, 2019,** Mr. Raul Alemany-Minguela commenced his imposed supervision term, which is scheduled to expire on February 21, 2024. On November 4, 2019 a motion was filed in docket number 932, notifying violations to conditions of supervised release. The informative motion requested time to implement an action plan to allow Mr. Alemany-Minguela to continue working on his rehabilitation process. As part of the plan and as correctional strategy, Mr. Alemany-Minguela was placed on intensive outpatient treatment to manage his drug addiction. After the implementation of the plan, Mr. Alemany-Minguela continued violating his condition by using cocaine and not complying with treatment sessions. For that reason, a supplement motion, docket 935, was filed on January 24, 2020, notifying violations, requesting an arrest warrant and hearing. However, Mr. Alemany-Minguela has continued to incur in violation of the following conditions:

**MANDATORY CONDITION: "The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court."**

2

**SPECIAL CONDITION: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release, thereafter, submit to random drug test, no less than 3 sample during the supervision period and not to exceed 104 samples per year in accordance with the Drug Aftercare Program Policy of the U.S. Probation Office approved by this Court. If any such samples detect substance abuse, the defendant shall participate in a drug treatment program (in-patient or out-patient) in accordance with such policy. The defendant is required to contribute to the cost of services rendered (co-payment) based on the ability to pay or availability of third party payments, as approved by the Court.**

On February 7, 2020, Mr. Alemany-Minguela submitted a urine specimen that yielded positive result to cocaine. Also, on February 10, 2019, another urine specimen was submitted that yielded positive result to cocaine.

**WHEREFORE,** it is respectfully requested that the Court makes these violations part of the revocation proceedings requested in our motion filed on January 24, 2020, Docket Number 935.

San Juan, Puerto Rico, March 4, 2020.

Respectfully submitted,

LUIS O. ENCARNACION,
CHIEF U.S. PROBATION OFFICER

*S/Abnel Albaladejo*
Abnel Albaladejo,
U.S. Probation Officer
Federal Office Building Office 225
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Tel.: (787) 766-5814
E-mail: abnel_albaladejo@prp.uscourts.gov

3

**CERTIFICATE OF SERVICE**

**I HEREBY** certify that today, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the interested parties in this case.

San Juan, Puerto Rico, March 4, 2020.

S/*Abnel Albaladejo*
Abnel Albaladejo,
U.S. Probation Officer