IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

vs.                                             Case No.: 13CR00363-06 (DRD)

RAUL ALEMANY-MINGUELA

### INFORMATIVE MOTION

**U.S. PROBATION OFFICER KARINA ORTIZ** informs the Court that on **July 28, 2020,** Mr. Raul Alemany-Minguela Revocation of Supervised Release hearing was held. However, the same was postponed because the results of Mr. Alemany Minguela's July drug testing result were pending.

On July 2, 2020, and on July 6, 2020, Mr. Alemany- Minguela tested negative to all controlled substances. However, on July 20, 2020, Mr. Alemany tested positive to cocaine.

**WHEREFORE,** it is respectfully requested that the Court take notice of Mr. Alemany's noncompliance. Any further drug results will be promptly notified to the Court.

San Juan, Puerto Rico, August 14, 2020.

Respectfully submitted,

LUIS O. ENCARNACION,
CHIEF U.S. PROBATION OFFICER

S/*Karina Ortiz*
Karina Ortiz,
U.S. Probation Officer
Federal Office Building Office 225
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Tel.: (787) 308-9942
E-mail: karina_ortiz@prp.uscourts.gov

2

## CERTIFICATE OF SERVICE

**I HEREBY** certify that today, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the interested parties in this case.

San Juan, Puerto Rico, August 14, 2020.

S/*Karina Ortiz*
Karina Ortiz,
U.S. Probation Officer
