### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff,<br><br>v.<br><br>**[6] RAUL ALEMANY-MINGUELA**, Defendant. | **CRIMINAL NO. 13-363 (DRD)** |

### UNITED STATES OF AMERICA'S MOTION TO CONTINUE
### FINAL REVOCATION HEARING

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorney, respectfully states and prays as follows:

1. On August 14, 2020, the Court advanced the Final Revocation Hearing to August 17, 2020, at 10 a.m. (ECF Nos. 982).

2. The undersigned Assistant United States Attorney has a previously scheduled Change of Plea Hearing scheduled in U.S. v. [2] Jose Colon-Guzman, Criminal No. 17-240 (DRD), before U.S. Magistrate Judge Camille L. Velez-Rive, for the same date and time.

3. Given this calendar conflict, the undersigned requests that the Court reset the Final Revocation Hearing for anytime in the afternoon.

WHEREFORE, the United States respectfully requests that this Honorable Court continue the Final Revocation Hearing for anytime in the afternoon.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 14th day of August, 2020.

>W. STEPHEN MULDROW
>United States Attorney
>
>s/José A. Contreras
>José A. Contreras
>Assistant United States Attorney
>USDC No. G00612
>Torre Chardón, Suite 1201
>350 Carlos Chardón Avenue
>San Juan, Puerto Rico 00918
>Tel: (787) 766-5656

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this case.

>s/José A. Contreras
>José A. Contreras
>Assistant United States Attorney